1  K. Randolph Moore, Esq. SBN 106933
   Tanya Moore, Esq. SBN 206683
2  MOORE LAW FIRM, P.C.
   332 N. Second Street
3  San Jose, CA  95112
   Telephone (408) 271-6600
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CARROWS RESTAURANTS, INC. aka CATALINA RESTAURANT GROUP INC. dba CARROWS RESTAURANT, TACHIBANA PROPERTIES, A CALIFORNIA LIMITED PARNTERSHIP,<br><br>　　　　Defendants. | No.  5:10-CV-02570-HRL<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Assigned to U.S Magistrate Judge HOWARD R. LLOYD<br>Complaint Filed: 6/10/10 |

Plaintiff  Ronald Moore, through his attorney, Tanya Moore, Moore Law Firm, P.C., San Jose, California, and Carrows Restaurants, Inc. aka Catalina Restaurant Group Inc. dba Carrows Restaurant, Tachibana Properties, A California Limited Partnership, hereby request that the above-captioned action shall be dismissed with prejudice pursuant to Federal Local Civil Rule 41.2.

*Moore v. Carrows Restaurants, Inc., et al*

Stipulation for Dismissal

Page 1

1  Date: September 8, 2010                    /s/ Tanya Moore
2                                              Tanya Moore
                                               Attorney for Plaintiff
3

**ORDER**

ALL PARTIES HAVED SETTLED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____      _____
                    U.S. MAGISTRATE JUDGE HOWARD R. LLOYD

*Moore v. Carrows Restaurants, Inc., et al*

Stipulation for Dismissal